RECEIVED
IN CLERK'S OFFICE

MAY 1 3 2016

U.S. DISTRICT COURT
MID. DIST. TENN.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Rodney Hinderliter Jr. )
**(Name)** )
4215 , )
**(Prison Id. No.)** )
)
)
_____, )
**(Name)** )
_____, )
**(Prison Id. No.)** )
)
**Plaintiff(s)** )
)
**v.** )
)
Stewart Co. Sheriff Dept. )
**(Name)** )
Lisa Hatcher , )
**(Name)** )
)
**Defendant(s)** )

*(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)*

Civil Action No. _____
*(To be assigned by the Clerk's Office. Do not write in this space.)*

JURY TRIAL REQUESTED ☒ YES ___ NO

*(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
## PURSUANT TO 42 U.S.C. § 1983

I. **PARTIES TO THIS LAWSUIT**

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Rodney Hinderliter Jr.
   Prison I.D. No. of the first plaintiff: 4215
   Address of the first plaintiff: PO Box 69 Dover TN
   37058

   Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (☒)

2. Name of the second plaintiff: _____
   Prison I.D. No. of the second plaintiff: _____
   Address of the second plaintiff: _____
   _____

   Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

B. Defendant(s) against whom this lawsuit is being brought:

1. Name of the first defendant: STEWART County Sheriff Dept.
Place of employment of the first defendant: DOVER TN

First defendant's address: 314 CEDAR STREET DOVER TN 37058

Named in official capacity? X Yes ___ No
Named in individual capacity? ___ Yes ___ No

2. Name of the second defendant: LISA HATCHER
Place of employment of the second defendant: Stewart county Sheriff detention Center Dover TN

Second defendant's address: 314 Cedar Street Dover Tn 37058

Named in official capacity? X Yes ___ No
Named in individual capacity? X Yes ___ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

## II. JURISDICTION

A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

If you wish to assert jurisdiction under different or additional statutes, you may list them below:

B. continuation Defendants

3. Name: Advanced Correctional Healthcare
Place of Employment:
Address: 3922 W Barring Trace Peoria IL
41615
named in offical capacity [X] yes
named in Individual capacity [X] yes

4. Name: Jason Ballenger
Place of Employment: Advanced Corr. Healthcare
Address: 3922 W. Barring Traace Peoria IL
named in offical capacity [X] yes 41615
named in offical
Individual capacity [X] yes

5. Name: Sheriff Derik Wyatt
Place of Employment: Stewart Co. Sherriff Dept
Address: 314 Cooler St Dover Tn 37058
named in offical capacity [X] yes
named in Individual capacity [X] yes

III.     **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A.   Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?          ____Yes          ☒ No

B.   If you checked the box marked "Yes" above, provide the following information:

1.   Parties to the previous lawsuit:

Plaintiffs     _____
_____
Defendants _____
_____

2.   In what court did you file the previous lawsuit?_____
_____
(If you filed the lawsuit in federal court, provide the name of the District.  If you filed the lawsuit in state court, provide the name of the state and the county.)

3.   What was the case number of the previous lawsuit? _____

4.   What was the Judge's name to whom the case was assigned? _____
_____

5.   What type of case was it (for example, habeas corpus or civil rights action)?
_____

6.   When did you file the previous lawsuit?  (Provide the year, if you do not know the exact date.) _____

7.   What was the result of the previous lawsuit?  For example, was the case dismissed or appealed, or is it still pending? _____
_____

8.   When was the previous lawsuit decided by the court?  (Provide the year, if you do not know the exact date.) _____

9.   Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?          ____Yes     ____No

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV.     **EXHAUSTION**

    A.   Are the facts of your lawsuit related to your present confinement?

       X Yes            ____No

    B.   If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____
       _____
       _____

    C.   Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

       ____Yes            X No

       *(If you checked the box marked "No," proceed to question IV.G.  If you checked the box marked "Yes," proceed to question IV.D.)*

    D.   Have you presented these facts to the prison authorities through the state grievance procedure?            ____Yes            ____No

    E.   If you checked the box marked "Yes" in question III.D above:

       1.   What steps did you take? _____
           _____

       2.   What was the response of prison authorities?_____
           _____
           _____

    F.   If you checked the box marked "No" in question IV.D above, explain why not._____
       _____
       _____
       _____

    G.   Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement  agencies (for example, city or county jail, workhouse, etc.)?            X Yes            ____No

    H.   If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?      X Yes            ____No

    I.   If you checked the box marked "Yes" in question III.H above:

       1.   What steps did you take? Medical requests filed
           ; grievance procedure

2. What was the response of the authorities who run the detention facility? *STATED*
*that is a medical issue that needs adressed*
*by nurse*

J. If you checked the box marked "No" in question IV.H above, explain why not. _____

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

*8th Amendment rights protection from*
*cruel and unusual punishment*

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

A) *Since @ MARCH 14 2016 I have had excruciating*
*pain in my mouth from broken teeth.*
*nothing being done by medical after repeated*
*requests.*

B.) *Since @ MARCH 14 2016, My pschy medication*
*has been denied me.*

c.) *Since @ MARCH 14 2016, I have had*
*an ingroin eyelash poking into my eye*
*repeatly asked medical + guards*
*for help. no remidys.*

**VII.   RELIEF REQUESTED**: State exactly what you want the Court to order each defendant to do for you.

1.) PAY COURT COSTS

PAY $500.⁰⁰ Speedard of Incarceration.

Since MAR 5, 2016. Without treatment.

2.) $10,000.⁰⁰

I request a jury trial.   X Yes   ___No

**VIII.   CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Ricky Hinderliter Jr._   Date: _4-17-16_
Prison Id. No. _4215_
Address (Include the city, state and zip code.):_____

_____

Signature: _____   Date: _____
Prison Id. No._____
Address (Include the city, state and zip code.):_____

_____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above.  If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned.  Filing fees and applications to proceed without prepayment of fees  submitted without a complaint will be returned.

Rodney Hinderliter JR.
PO BOX 69
DOVER TN
37058



RECEIVED
IN CLERK'S OFFICE

MAY 1 3 2016

U.S. DISTRICT COURT
MID. DIST. TENN.

U.S. COURT CLERK

US COURTHOUSE ROOM 800

NASHVILLE, TN.
37203

MAILED FROM A
CORRECTIONAL
FACILITY

MAILED FROM A
CORRECTIONAL
FACILITY

MAILED FROM A
CORRECTIONAL
FACILITY

MAILED FROM A
CORRECTIONAL
FACILITY