IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RODNEY HINDERLITER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-00882 |
| | ) | Judge Trauger |
| STEWART COUNTY SHERIFF'S | ) | |
| DEPARTMENT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On November 14, 2016, the magistrate judge issued a Report and Recommendation (DE #41), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED with prejudice pursuant to Rule 16(f)(1) and 41(b) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 19th day of December 2016.

_____
ALETA A. TRAUGER
U.S. District Judge